# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-5135

———————————————

BERNADETTE G. WOLFF,

   Petitioner,

v.

CHARLES L. WOLFF,

   Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

July 31, 2018

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Crystal C. Spencer, Spencer Law, P.A., Pensacola, for Petitioner.

No appearance for Respondent.